SEYFARTH SHAW LLP
Brian T. Ashe (SBN 139999)
bashe@seyfarth.com
Bailey K. Bifoss (SBN 278392)
bbifoss@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Michael Afar (SBN 298990)
mafar@seyfarth.com
Miguel A. Ramirez (SBN 332966)
mramirez@seyfarth.com
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
ISLAND HOSPITALITY MANAGEMENT III, LLC

[*Additional counsel on following page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GARCIA, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ISLAND HOSPITALITY MANAGEMENT III, LLC, a Delaware corporation; and, DOES 1 through 50, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 8:24-cv-00583-DOC-ADS<br><br>**PLAINTIFF TERESA GARCIA AND DEFENDANT ISLAND HOSPITALITY MANAGEMENT III, LLC'S NOTICE OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: December 9, 2024<br>Time: 8:30 a.m.<br>Crtrm: 10A<br><br>Complaint Filed: September 6, 2023 |

1  Jose R. Garay (SBN 200494)
   JOSE GARAY, APLC
2  jose@garaylaw.com
   249 E. Ocean Blvd., #814
3  Long Beach, California 90802
   Telephone: (949) 208-3400
4  Facsimile:  (562) 590-8400

5  Attorneys for Plaintiff, Theresa Garcia, an individual
   on behalf of herself and others similarly situated
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
314524551v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that on December 9, 2024, at 8:30 a.m., in Courtroom 10A of the United States District Court for the Central District of California, 411 West Fourth Street, Courtroom 10A, Santa Ana, California 92701, Plaintiff Teresa Garcia ("Plaintiff") and Defendant Island Hospitality Management III, LLC ("Defendant") (collectively, the "Parties") will and hereby do move this Court for entry of an Order, pursuant to Fed. R. Civ. Proc. 23(e), for final approval of the previously-filed Joint Stipulation of Class Action Settlement and Release of Claims ("Settlement"), whereby this Court would:

(1) Finally approve the Settlement as fair, reasonable, and adequate under Fed. R. Civ. Proc. 23(e);

(2) Finally certify the Settlement Class, as defined in the Settlement, for purposes of settlement only;

(3) Appoint Jose Garay of Garay Law, APLC as Class Counsel;

(4) Appoint Plaintiff as the Class Representative;

(5) Appoint Phoenix Class Action Administrative Solutions as the Settlement Administrator; and

(6) Enter final judgment in the form of the [Proposed] Final Approval Order filed herewith.

This Motion For Final Approval Of Class Action Settlement is based on this Notice of Joint Motion and Motion, the supporting Memorandum of Points and Authorities, the accompanying Declarations of Jose Garay, Michael Afar, and Taylor Mitzner, the [Proposed] Order and Entry of Judgment, any argument of counsel, and all papers and records on file in this matter.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), the electronic filer below hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 8, 2024             GARAY LAW, APLC

                                    By: */s/ Jose Garay*
                                        Jose Garay

                                    Attorneys for Plaintiff, the Class Representative, and Settlement Class

DATED: November 8, 2024             SEYFARTH SHAW LLP

                                    By: */s/ Miguel A. Ramirez*
                                        Brian T. Ashe
                                        Michael Afar
                                        Bailey K. Bifoss
                                        Miguel A. Ramirez

                                    Attorneys for Defendant
                                    ISLAND HOSPITALITY MANAGEMENT III, LLC